**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | **CHAPTER 11** |
| **SIGMA LOGISTICS, INC.,** | **CASE NO. 19-69496-pmb** |
| Debtor. | |

**AMENDMENT TO SCHEDULE A/B AND SUMMARY OF SCHEDULES**

COMES NOW Sigma Logistics, Inc., Debtor in the above-styled Chapter 11 Bankruptcy Case and amends its Schedule A/B and respectfully shows the Court as follows:

Schedule A/B. Debtor hereby substitutes the Schedule A/B which is attached hereto in lieu of any such Schedule A/B previously filed.

Summary of Schedules.  Debtor hereby substitutes the Summary of Schedules which is attached hereto in lieu of any such Summary of Schedules previously filed.

Except as expressly amended herein, all information set forth in the Debtor's Petition, Schedules, and Statement of Financial Affairs remains true and correct and is adopted herein.

RESPECTFULLY SUBMITTED this 28th day of January, 2020.

**JONES & WALDEN, LLC**

*/s/ Thomas T. McClendon*
Thomas T. McClendon
Georgia Bar No. 431452
Attorney for Debtor
21 Eighth Street, NE
Atlanta, Georgia 30309
(404) 564-9300
tmcclendon@joneswalden.com

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the foregoing Amendment and that the same is true and correct to the best of my knowledge, information and belief.

**Sigma Logistics, Inc.**

Date: <u>January 28, 2020</u>                    */s/ Tarrence Houston*
Tarrence Houston, CFO and Member

**Fill in this information to identify the case:**

Debtor name **Sigma Logistics, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) **19-69496**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................. $     **1,315,492.15**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................... $     **1,315,492.15**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $     **1,544,025.19**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $     **3,066.14**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................ +$     **519,798.44**

4.  Total liabilities ...............................................................................................................
    Lines 2 + 3a + 3b      $     **2,066,889.77**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name     **Sigma Logistics, Inc.**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **19-69496**

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)                    Type of account                    Last 4 digits of account
number

| | | | |
| --- | --- | --- | --- |
| 3.1. | **Regions Bank** | **Various** | $3,070.10 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                             | $3,070.10 |
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:                    32,420.03          -          0.00     = ....          $32,420.03
face amount                              doubtful or uncollectible accounts

| Debtor | **Sigma Logistics, Inc.** | Case number *(If known)* **19-69496** |
|---|---|---|
| | Name | |

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | $32,420.03 |
|---|---|

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | **Office furniture** Furniture & fixtures | $0.00 | | $3,000.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Computer equipment | $0.00 | | $12,840.28 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.** **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

| | $15,840.28 |
|---|---|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Sigma Logistics, Inc.** | Case number *(If known)* **19-69496** |
|---|---|---|
| | Name | |

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1.  **2015 Kenworth T680 (Serial No.<br>1XKYDP9X1FJ455303)** | $0.00 | | $49,000.00 |
| 47.2.  **2015 Kenworth T680 (Serial No.<br>1XKYDP9X3FJ455304)** | $0.00 | | $49,000.00 |
| 47.3.  **2015 Kenworth T680 (Serial No.<br>1XKYDP9XXFJ455302)** | $0.00 | | $49,000.00 |
| 47.4.  **2016 Kenworth T680 (Serial No.<br>1XKYDP9X4GJ487597)** | $0.00 | | $54,000.00 |
| 47.5.  **2016 Kenworth T680 (Serial No.<br>1XKYDP9X6GJ487598)** | $0.00 | | $54,000.00 |
| 47.6.  **2015 Volvo<br>VNL-Series: VNL64T/670 SLPR 173"BBC<br>CONV CAB SBA TRACTOR 6X4<br>Serial No. 4V4NC9EH2FN177357** | $0.00 | | $46,500.00 |
| 47.7.  **2015 Volvo (TOTALED)<br>VNL-Series: VNL64T/670 SLPR 173"BBC<br>CONV CAB SBA TRACTOR 6X4<br>Serial No. 4V4NC9EHXFN911534** | $0.00 | | $0.00 |
| 47.8.  **2003 Freightliner<br>CLASSIC, 63" condo sleeper, 120bbc,<br>Detroit engine 500 auto transmission<br>Serial No. 1FUJAPCG73DK61117** | $0.00 | | $28,000.00 |
| 47.9.  **2014 Kenworth T660, Paccar engine MX<br>13 10 speed<br>Serial No. 1XKADP9X6EJ406680** | $0.00 | | $40,000.00 |
| 47.10<br>·  **2014 Volvo 670 (Serial No.<br>4V4NC9EJ9EN167068)** | $0.00 | | $40,000.00 |
| 47.11<br>·  **2014 Volvo 670 (Serial No.<br>4V4NC9EJ7EN167067)** | $0.00 | | $40,000.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Sigma Logistics, Inc.**                                    Case number *(If known)*  **19-69496**
      Name

| | | | |
|---|---|---|---|
| 47.12· | **2014 Volvo 670 (Serial No. 4V4NC9EJ5EN167066)** | $0.00 | $40,000.00 |
| 47.13· | **2014 Volvo 670 (Serial No. 4V4NC9EJXEN167063)** | $0.00 | $40,000.00 |
| 47.14· | **2014 Volvo 670 (Serial No. 4V4NC9EJOEN167069)** | $0.00 | $40,000.00 |
| 47.15· | **2014 Volvo 670 (Serial No. 4V4NC9EH7EN162416)** | $0.00 | $42,500.00 |
| 47.16· | **2014 Volvo 670 (Serial No. 4V4NC9EH9EN162417)** | $0.00 | $42,500.00 |
| 47.17· | **2015 Wabash Reefer (Serial No. 1JJV532B9F840932)** | $0.00 | $32,000.00 |
| 47.18· | **2014 Utility Reefer (Serial No. IUYVS2539EM746110)** | $0.00 | **Unknown** |
| 47.19· | **2015 Volvo 670 (Serial No. 4V4NC9EH7GN962006)** | $0.00 | $46,500.00 |
| 47.20· | **2015 Volvo 670 (TOTALED)(Serial No. 4V4NC9EH7GN)** | $0.00 | $0.00 |
| 47.21· | **2015 Volvo 670 (Serial No. 4V4NC9EH0GN962008)** | $0.00 | $46,500.00 |
| 47.22· | **2015 Volvo 670 (Serial No. 4V4NC9EH2GN962009)** | $0.00 | $46,500.00 |
| 47.23· | **2016 Volvo 670 (Serial No. 4V4NC9EH4GN958365)** | $0.00 | $54,500.00 |
| 47.24· | **2012 Utility Reefer (Serial No. 1UYVS2531CU417303)** | $0.00 | **Unknown** |
| 47.25· | **2012 Utility Reefer (Serial No. 1UYVS2533CU417304)** | $0.00 | **Unknown** |
| 47.26· | **2012 Utility Reefer (Serial No. 1UYVS2538CU417301)** | $0.00 | **Unknown** |
| 47.27· | **2012 Utility Reefer (Serial No. 1UYVS2539CM254822)** | $0.00 | **Unknown** |

Debtor   **Sigma Logistics, Inc.**
Name                                                    Case number *(If known)*  **19-69496**

| | | |
|---|---|---|
| 47.28 · | **2012 Utility Reefer (Serial No. 1UYVS2537CM280402)** | $0.00 | Unknown |
| 47.29 · | **2012 Utility Reefer (Serial No. 1UYVS2539CM280403)** | $0.00 | Unknown |
| 47.30 · | **2006 Utility Reefer (Serial No. 1UYVS253X6U951808)** | $0.00 | Unknown |
| 47.31 · | **2006 Utility Reefer (Serial No. 1UYVS253X6M677302)** | $0.00 | Unknown |
| 47.32 · | **2006 Utility Reefer (Serial No. 1UYVS25386M677301)** | $0.00 | Unknown |
| 47.33 · | **2007 Utility Reefer (Serial No. 1UYVS25347H961901)** | $0.00 | Unknown |
| 47.34 · | **2013 Utility Reefer (Serial No. 48619)** | $0.00 | Unknown |
| 47.35 · | **2007 Utility Converted Reefer (Serial No. 38524)** | $0.00 | Unknown |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| **Tools & various repair equipment** | $0.00 | $5,000.00 |
| **Parts and tow dolly** | $0.00 | $2,500.00 |
| **Supplies** | $0.00 | $1,000.00 |

51.   **Total of Part 8.**                                                                                    $889,000.00

Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**   **Real property**

**54. Does the debtor own or lease any real property?**

| Debtor | **Sigma Logistics, Inc.** | Case number *(If known)* **19-69496** |
|---|---|---|
| | Name | |

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** website - gosigmalogistics.com | $0.00 | | $0.00 |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

| 66. | **Total of Part 10.** | $0.00 |
|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) **Amounts due from DAV-TAR LLC (affiliate)** | |

375,161.74 - 0.00 = $375,161.74
Total face amount    doubtful or uncollectible amount

| 72. | **Tax refunds and unused net operating losses (NOLs)** |
|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Sigma Logistics, Inc.**
Name

Case number *(If known)*    **19-69496**

Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**
American Sentinel Insurance Company, Claim No. ASI-0000547

**Unknown**

Nature of claim

Amount requested    **$0.00**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

**$375,161.74**

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Sigma Logistics, Inc.**    Case number *(If known)*  **19-69496**
Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1 | $3,070.10 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $0.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $32,420.03 | |
| 83. **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $0.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $15,840.28 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $889,000.00 | |
| 88. **Real property.** Copy line 56, Part 9........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $375,161.74 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,315,492.15 | +91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,315,492.15 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:

**SIGMA LOGISTICS, INC.,**

      **Debtor.**

**CHAPTER 11**

**CASE NO. 19-69496-pmb**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the date indicated below a true and correct copy of the foregoing Amendment (the "Amendment") was served via the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and accompanying link to the Amendment to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- **K. Chris Collins**    chris.collins@huschblackwell.com, LegalSupportTeam-Lookout-CHT@huschblackwell.com;chris-collins-8133@ecf.pacerpro.com
- **Whitney W. Groff**    wgroff@law.ga.gov
- **Andres H. Sandoval**    andres.sandoval@usdoj.gov, charlie.cromwell@usdoj.gov;Larissa.selchenkova@usdoj.gov
- **Shawna Staton**    shawna.p.staton@usdoj.gov

This 28th day of January, 2020.

           **JONES & WALDEN, LLC**

           */s/ Thomas T. McClendon*
           Thomas T. McClendon
           Georgia Bar No. 431452
           Attorney for Debtor
           21 Eighth Street, NE
           Atlanta, Georgia 30309
           (404) 564-9300
           tmcclendon@joneswalden.com